**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

February 17, 2026

The Honorable Jennifer L Rochon
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

Re:   United States v. Jay Lucas
       25 Cr. 581 (JLR)

Dear Judge Rochon:

  Over the weekend, I was informed that defendant Jay Lucas has retained counsel. Pursuant to the Court's Individual Rules, I submit this letter to request a substitution of counsel hearing. The case is scheduled for a status conference tomorrow, February 18, 2026, at 12:00 pm. Incoming counsel, Cesar de Castro, Esq., is available at that time. For this reason, I respectfully suggest that the substitution of counsel hearing be scheduled for February 18, 2025 at 12:00 pm.

  Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc:   AUSA Davis Robles (by ECF & email)
       AUSA Adam Hobson (by ECF & email)
       Cesar de Castro, Esq. (by email)