UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

JAY LUCAS,

Defendant.

25-cr-00581 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

At Defendant's request, C.J.A. attorney Sanford Talkin, assigned to this case on

December 22, 2025, is hereby relieved from representing Defendant and Defendant is now

represented by retained attorney Cesar de Castro.

Dated:  February 18, 2026
        New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge