UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-                                          25-cr-00581 (JLR)

JAY LUCAS,                                        **ORDER**

                Defendant.

---

JENNIFER L. ROCHON, United States District Judge:

As stated at the June 16, 2026 status conference, IT IS HEREBY ORDERED that a jury

trial shall commence on **Tuesday, October 13, 2026, at 9:00 a.m.** in Courtroom 20B of the

Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York,

10007.

IT IS FURTHER ORDERED that the parties shall comply with the following schedule

for pre-trial submissions:

**August 5, 2026:** The Government shall file any motions *in limine*, any Rule 404(b) notices, and its exhibit list and witness list.

In addition, the parties shall jointly file their proposed *voir dire*, requests to charge, and verdict form in accordance with the Court's Individual Rules.

**August 19, 2026:** Defendant shall file responses to the Government's motion(s) and his own motions *in limine*, if any.

**August 26, 2026:** The Government shall file a response to Defendant's motion(s) *in limine*, if any.

There shall be no replies to any motions *in limine*.  The parties shall otherwise comply

with the Court's Individual Rule 6 regarding criminal cases.

Finally, IT IS FURTHER ORDERED that the parties shall appear for a final pre-trial conference on **September 22, 2026**, at **10:00 a.m.** in the aforementioned courtroom.

Dated:  June 16, 2026
        New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge