MONTGOMERY McCRACKEN
ATTORNEYS AT LAW

**Shannon McManus**
Associate
Admitted in: New York and New Jersey

437 Madison Avenue
FL24
New York City, NY 10022
Tel: 212-867-9500

Direct Dial: 212-551-7741
Fax: 212-599-5085
Email: SMcManus@mmwr.com

September 28, 2026

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: *United States v. Jay Lucas,* ~~25 Cr. 518 (JLR)~~ 25-cr-00581 (JLR)

Dear Judge Rochon,

I write to respectfully request that the Court permit me to withdraw as counsel of record for defendant Jay Lucas in the abovementioned matter.

As the Court is aware, On June 17, 2026, I entered my notice of appearance in this matter while I was employed by the Law Firm of César de Castro. I am no longer employed at the firm, and as such, am no longer in a position to continue representing Mr. Lucas.

Accordingly, I respectfully request that the Court relieve me as counsel in the abovementioned matter.

Respectfully Submitted,

/s/

Shannon McManus

Letter Motion GRANTED. The Clerk of Court is respectfully directed to terminate attorney Shannon McManus's appearance on the docket.

Dated: September 30, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**